**Sherry WHITE–BATTLE, Plaintiff—Appellant,**

v.

**DEMOCRATIC PARTY OF VIRGINIA; Norfolk City Democratic Committee; George Schaefer; Norfolk Electoral Board, Defendants—Appellees,**

**Elisa Long, General Registrar of the City of Norfolk; Eileen M. Addison, Movants.**

No. 05–1932.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 20, 2005.

Sherry White–Battle, Appellant Pro Se. Stephen Edward Heretick, First Virginia Bank Building, Portsmouth, Virginia; Robert Bryan Rigney, A. Christopher Zaleski, Protogyrou & Rigney, PLC, Norfolk, Virginia; Samuel Lawrence Dumville, Norris & St. Clair, PC, Virginia Beach, Virginia; Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherry White–Battle appeals the district court's order denying her second motion to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White–Battle v. Democratic Party of Virginia*, 323 F.Supp.2d 696 (E.D.Va.2005). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*